**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: December 20, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-11054 |
| MARY ALICE MARSHALL<br>SSN-XXX-XX-0590 | CHAPTER 13 |
| DEBTOR | JUDGE JEFFERY P. HOPKINS |
| | AGREED ORDER RESOLVING<br>MOTION FOR RELIEF FROM STAY<br>DOCKET NO: 54<br>(Real Property located at   5722 Nahant<br>Ave., Cincinnati, OH 45224 ) |

This cause came on before the Court upon the Motion for Relief from Automatic Stay (Doc. 54) filed by Movant, **U.S. Bank National Association successor by merger to The Leader Mortgage Company, LLC**, holder of the first mortgage against the real estate.

The Court finds that the parties have agreed that:

That Debtor shall modify Plan to include the arrearages from August 1, 2010 through December 31, 2010, plus costs to be paid by the Trustee and providing for the Trustee

to pay ongoing monthly mortgage payments commencing with the January 1, 2011 payment. Movant is given leave to file its Supplemental Proof of Claim to include the arrearages of $3,336.81 together with Attorney Fees and Costs of $550.00, a sum of $3,886.81. Movant may Obtain an Order granting relief from the automatic stay upon the proper filing and service to Debtor and counsel for Debtor a 10-day Notice of Default of Movant's intent to file with the Court an Affidavit certifying that the Debtor is in default under the terms of the Agreed Order and upon submission of such Affidavit, the Court may enter an Order, without further notice or hearing by this Court.

That should Debtors fail to make a payment within 30 days from date due to the Trustee, Movant shall be granted relief from the automatic stay upon the proper filing and service of an Affidavit certifying the existence of such default without further notice or hearing by this Court based on the contingencies as stated above.

**IT IS HEREBY SO ORDERED.**

###

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito                                    /s/ Eric A. Steiden
_____        _____
Jeffrey V. Laurito (0014652)                    Eric A. Steiden (0063978)
Erin M. Laurito (0075531)                       Attorney for Debtor
Attorneys for Movant                              830 Main St. Ste. 401
7550 Paragon Road                                Cincinnati, OH 45202
Dayton, OH 45459                                  513-684-9900 fax 9910
937-743-4878 fax 4877

/s/ Margaret A. Burks
_____
Margaret A. Burks, Trustee
600 Vine Street Suite 2200
Cincinnati, OH 45202

COPIES TO:

Default List

###